Elizabeth J. Cabraser (CSB No. 083151)
Robert J. Nelson (CSB No. 132797)
Lexi J. Hazam (CSB No. 224457)
Wilson M. Dunlavey (CSB No. 307719)
**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Kelly K. McNabb (*pro hac vice*)
**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Alexander Robertson, IV (CSB No. 127042)
**ROBERTSON & ASSOCIATES, LLP**
32121 Lindero Canyon Rd. Suite 200
Westlake Village, CA 91361
Telephone: (818) 851-3850
Facsimile: (818) 851-3851

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DAVEY'S LOCKER SPORTFISHING, INC., a California corporation; BLUE PACIFIC FISHERIES, a California corporation; IVAR SOUTHERN and LINDA SOUTHERN, individuals; NEWPORT LANDING SPORTFISHING, INC., a California corporation; SAN PEDRO BAIT Co., a California corporation; DONALD C. BROCKMAN, individually and as trustee of the DONALD C. BROCKMAN TRUST and Heidi M. Jacques, individually and as trustee of the HEIDI M. BROCKMAN TRUST; GREGORY HEXBERG, individually and as trustee of THE GREGORY C. AND DEBORAH L. HEXBERG FAMILY TRUST, individually and on behalf of others similarly situated. | **Case No. 8:21-cv-1684**<br><br>**REQUEST FOR JOINT HEARING FOR MOTIONS RE: INTERIM LEAD CLASS COUNSEL UNDER RULE 23(g)** |

|   |   |
|---|---|
| 1 | Plaintiffs, |
| 2 | |
| 3 | v. |
| 4 | AMPLIFY ENERGY CORPORATION, a Delaware corporation, BETA OPERATING COMPANY, LLC, a Delaware corporation, SAN PEDRO BAY PIPELINE COMPANY, a California corporation, |
| 5 | |
| 6 | |
| 7 | Defendants. |
| 8 | |

On or about October 2, 2021, a pipeline off the coast of Orange County ruptured, spilling thousands of gallons of crude oil into the Pacific Ocean. Amplify Energy Corporation, Beta Operating Company, LLC, and San Pedro Bay Pipeline Company (collectively "Defendants") owned and operated the offshore pipeline system at all relevant times. On October 4, 2021, the first class action lawsuit was filed, *Gutierrez*, Case No. 8:21-cv-01628. The undersigned filed *Davey's Locker*, Case No. 8:21-cv-01684, on October 11, 2021. In total there are thirteen class action lawsuits that have been filed against Defendants related to the companies' October 2021 pipeline rupture.[1] All actions are currently pending before this Court.

On October 28, 2021, Cotchett, Pitre & McCarthy, LLP, Aitken Aitken Cohn, and Bentley & More, LLP filed Motions for Case Consolidation and Appointment of Interim Co-Lead Class Counsel ("*Banzai* motion"). The *Banzai* motion was noticed for hearing on November 15, 2021, 18 days after its filing. *See Banzai Surf Company*, Case No. 8:21-cv-01669, Dkt. 15; *Bitton*, Case No. 8:21-cv-01694, Dkt. 18; *East Meets West Excursions*, Case No. 8:21-cv-01725, Dkt. 14;

---

[1] *See Davey's Locker*, Case No. 8:21-cv-01684; *Gutierrez*, Case No. 8:21-cv-01628; *Samuelian*, 8:21-cv-01658; *Banzai Surf Company*, Case No. 8:21-cv-01669; *Quality Sea Food, Inc.*, 8:21-cv-01680; *Ketcham Tackle LLC*, 8:21-cv-01685; *Newport Surfrider, LLC*, 8:21-cv-01686; *Bitton*, Case No. 8:21-cv-01694; *Whelan*, 8:21-cv-01706; *Beyond Business Incorporated*, 8:21-cv-01714; *N.S.T.*, 8:21-cv-01722; *East Meets West Excursions*, Case No. 8:21-cv-01725; *Charlie's Gyros, Inc.*, Case No. 8:21-cv-01738.

1  *Charlie's Gyros, Inc.*, Case No. 8:21-cv-01738, Dkt. 13. On October 29, 2021, the
2  Court issued a "Notice to Filer of Deficiencies" that the hearing information for the
3  *Banzai* motion was "missing, incorrect, or not timely". *Banzai Surf Company*, Case
4  No. 8:21-cv-01669, Dkt. 16.[2]

5      Plaintiffs' counsel in some of the other pending class action lawsuits,
6  including undersigned counsel for *Davey's Locker*, also intend to move for
7  appointment as interim class counsel pursuant to Federal Rule of Civil Procedure
8  23(g)(3). It is not possible for such additional movants to notice said motions for
9  November 15, 2021, the date noticed by the *Banzai* motion, while providing the 28
10 day notice required for said motions under the Local Rules and the Court's
11 Standing Order (or to file responses to the CPM motion within the required 21
12 days). *See* L.R. 6-1; L. R. 7-9; *Davey's Locker*, Case No. 8:21-cv-01684, Dkt. 19 at
13 3 (Initial Standing Order Following Assignment of Civil Case to Judge Carter).

14     Undersigned counsel are of the view that it is in the interests of efficiency
15 and fairness to set a single hearing regarding appointment of interim class counsel,
16 and therefore request that the Court set such a hearing. The undersigned have met
17 and conferred with Defendants and all Plaintiffs' counsel with filed cases regarding
18 this request. While all counsel support an orderly process with a single hearing date,
19 if approved by the Court, all counsel were not able to agree upon a date. The
20 undersigned respectfully suggest that, if convenient for the Court, the hearing be set
21 for December 3, 2021, or December 7, 2021, dates when undersigned counsel and
22 Defendants are available.[3]

23     The Parties in this matter have also submitted a joint request for a Rule 16(b)
24 initial status conference (*see, e.g.*, *Davey's Locker*, Case No. 8:21-cv-01684, Dkt.

---

26 [2] The Notice further indicated that the "Court may: (1) order an amended or correct
27 document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate," and that the filer need not take "action in response to this notice unless and until the Court directs." *Id.* No further entries from the Court have
28 yet appeared on the docket.

[3] Undersigned counsel are available each day of the week of December 6, 2021.

1  26), suggesting December 1-3, 2021 for such a conference. In the interests of
2  efficiency, the undersigned respectfully suggest that if convenient for the Court, the
3  Court set the hearing date for motions for appointment as interim class counsel to
4  fall on the same day as the Rule 16(b) conference, and that the latter thus be set for
5  either December 3, 2021 or December 7, 2021.

6      If the Court sets the hearing date for the motions to appoint interim lead class
7  counsel and/or the Rule 16(b) conference for earlier than December 3, 2021, the
8  undersigned respectfully request that if necessary the Court advance any noticed
9  hearing dates on motions to appoint interim class counsel accordingly, so all can be
10 heard on the same date.[4]

11     The undersigned have served courtesy copies of the attached request on all
12 parties.

13 Dated: November 3, 2021

Respectfully submitted,

LIEFF CABRASER HEIMANN
 & BERNSTEIN LLP

By: */s/Lexi J. Hazam*

Elizabeth J. Cabraser (CSB No. 083151)
Robert J. Nelson (CSB No. 132797)
Lexi J. Hazam (CSB No. 224457)
Wilson M. Dunlavey (CSB No. 307719)
**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Kelly K. McNabb (*pro hac vice*)
**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413

---

[4] Absent other guidance from the Court, undersigned counsel will file their motion for appointment as interim class counsel in time to notice a hearing on December 3, 2021 under the Local Rules and the Court's Standing Order, i.e., by November 5, 2021.

Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Alexander Robertson, IV (CSB No. 127042)
**ROBERTSON & ASSOCIATES, LLP**
32121 Lindero Canyon Rd. Suite 200
Westlake Village, CA 91361
Telephone: (818) 851-3850
Facsimile: (818) 851-3851